UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDRE JUSTE,

    Plaintiff,

    v.

AIMLEE AMARIAH, et al.,

    Defendants.

Case No. 17-cv-00041-SI

**JUDGMENT**

This action is dismissed without prejudice to plaintiff filing a new action in the proper venue.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 16, 2017

SUSAN ILLSTON
United States District Judge