UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>    Plaintiff,<br><br>v.<br><br>AIMLEE AMARIAH, et al.,<br><br>    Defendants. | Case No. 17-cv-00041-SI<br><br>**ORDER REVOKING PAUPER STATUS ON APPEAL** |

This action was dismissed because it was filed in the wrong venue. The court chose dismissal rather than transfer because plaintiff has filed more than seventy actions throughout the country but chooses not to comply with venue requirements of which he is aware. The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: April 11, 2017

_____
SUSAN ILLSTON
United States District Judge